IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **KENDELLE Y. DANIELS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**STEBBINS ENGINEERING AND** )<br>**MANUFACTURING COMPANY**, *et al.*, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 4:12-CV-92 (MTT) |

## ORDER

The Court convened a Discovery and Scheduling Conference in this matter on January 24, 2013. The Court raised *sua sponte* the issue of whether Georgia Power Company is a proper party to this action. The Court allowed the Plaintiff until February 4, 2013, to file with the Court any basis for his belief that Georgia Power may be a proper party. The Plaintiff has failed to do so. Accordingly, Georgia Power Company is **DISMISSED without prejudice**.

**SO ORDERED**, this the 11th day of March, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT