IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **KENDELLE Y. DANIELS,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 4:12-CV-92 (MTT) |
| **STEBBINS ENGINEERING AND MANUFACTURING COMPANY,** *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

The Court convened a Discovery and Scheduling Conference in this matter on January 24, 2013. The Court raised *sua sponte* the issue of whether Georgia Power Company is a proper party to this action. The Court allowed the Plaintiff until February 4, 2013, to file with the Court any basis for his belief that Georgia Power may be a proper party. The Plaintiff has failed to do so. Accordingly, Georgia Power Company is **DISMISSED without prejudice**.

**SO ORDERED**, this the 11th day of March, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT